PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 7 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Joseph Richards 190578
**Plaintiff's Name and ID Number**

Lubbock County detention center
**Place of Confinement**

5-23CV-171-H

CASE NO._____
(Clerk will assign the number)

v.

Sherrif, Kelly S. Rowe
3502 N. Holly, Lubbock Tx 79403
**Defendant's Name and Address**

Cheif deputy LR. Mike Reed
3502 N. Holly, Lubbock Tx 79403
**Defendant's Name and Address**

Cheif deputy, Cody Scott
3502 N. Holly, Lubbock Tx 79403
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: __July, 10, 2023__
      2. Parties to previous lawsuit:
        Plaintiff(s) __Joseph Richards__
        Defendant(s) __Numerous staff at LCDC__
      3. Court: (If federal, name the district; if state, name the county.) __N/A__
      4. Cause number: __None assinged__
      5. Name of judge to whom case was assigned: __N/A__
      6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
      7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: Lubbock County detention center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Joseph Richards, Lubbock county detention center, P.O Box 10535 Lubbock TX, 79408 Also 3502 N. Holly Lubbock TX, 79403

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kelly S. Rowe Sherriff, Lubbock County Detention center, 3502 N. Holly Lubbock Tx 79403
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not training staff properly, dilibirate indifferance (individual capacity)

Defendant #2: Mike Reed, cheif deputy, Lubbock County detention Center, 3502 N. Holly, Lubbock, Tx 79403
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not training staff properly, dilibirate indifferance (individual capacity)

Defendant #3: Cody S. Scott, cheif deputy, Lubbock County detention center, 3502 N. Holly Lubbock Tx 79403
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not training staff properly, dilibirate indifferance (individual capacity)

Defendant #4: Kristina Ivesa, Stepup coordinator, Lubbock County detention center, 3502 N Holly Lubbock TX 79403
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Discrimination, Deliberate indifferance, violation of equal protection (individual capacity)

Defendant #5: Whitney Robinson, Jailer, Lubbock County detention center, 3502 N. Holly Lubbock Tx 79403
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Discrimination, Deliberate indifferance, violation of equal protection (individual capacity)

3

Attachment to IV.

(B.) Defendant #6: Jennifer LaMorr, Jailer, Lubbock County detention center, 3502 N. Holly Lubbock, TX 79403

Briefly describe the acts or ommissions which harmed you.. Deliberate indifference, Discrimination, Violation of equal Protection (Indivaul capacity)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 3/27/2023 at the LCDC I was having a one on one with my buddy Dennis. I was listening to him talk about his children an how he missed them. "Felt like a bad dad". I coaxed him. Kristina listen to our conversation. She grabbed gloves an a trash bag an started cell inspection. This is nothing new to me. The 90 days in step up program I under went more cell inspections to the brink of harrasment. I make sure No controband is

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Damages in the amount of 40,000.00$ from each defendant compensatory damages in amount of 40,000.00$ from each defendant, 100.00$ for every day it was placed in admin sep for defending my religion.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Joe, JoJo, Country, Big Country, Cray, crayola, Conjoe, Tarzan, Bardotrump

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Joe, Jo, Country, Big country, Cray, Crayola, Conjoe

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

4

## Attachment to IV.

In my cell, An it is up to par to prevent being tossed. So I was suprised when a partner told me Kristina went into my cell. "Nothing to worrie," In an out I thought. Then she comes out of my cell with my Alter wich is a religious artifact, Also 40$ dollars worth of sneaks, kooliaid, candy, & coffee (commissary which I sacrafice these items to my higher power (nothing was altered) I walk across the dayroom an hurry up the steps to address Mrs. Luera. "You cannot take my commisary I have reciepts". She basically told me "she had told me about my religion an how it wasn't acceptable." Let's go back all the way to the first day of step-up. She addressed my alter. I told her "if it was a problem to go ahead an move me". She said "not to have controband on the shelf an keep it clear." Then on another occasion she told me to "place the alter on the desk so my celly could place hygine on the shelf." I complied. Now out nowhere she removed my alter an threw the bowl of food an picture away! I took my wafes out of her possesion to retrieve my property. She cursed me. I told her to "Please don't this an this shouldn't be happining!" She began dropping commiscary in wich I backed away. I didn't want her to fear simply respect. The officer called me down the stairwell. I met them in the dayroom. She claim I'm not getting any of my belongings back an that I had 23 hours. I ask for rank. Neither officer took my side, This hurt gravely. They called me un corapitive an sent me to processing. On the way I explain to Lt. Lucas what happen an how this is wrong.

## Attachment to V.

she understood. Once at processing I was held in a cell. I seen Cpt. Florez. I explain the incident. She tells me "as long as there is no contraband, my belief an how I worship/connect is my bussiness. It shouldn't have been an issue. What I practice is not a threat to inmates, staff or the security of the facility. I was placed on admin sep. I had at this point violated my BMP by getting a case. The case in all reality was for protecting my private property an most importantly. My beliefs! Once in the SHU Mrs. Lamarr brought me my property slip. (Containing the contents of commisary from my Alter.) Once I open my bag I was devistated when all pictures of Santa Muerte an my bowl for her Alter where not inside. My sexual preferances had a role on how I role on how I was viewed by Kristina. I came to the step-up to better my situation. Worked very hard on the books. I completed over half of the courses. All to be stripped away as if my dedication an my beliefs where trash to her. An no other belief but christian could be in her step-up program. I say this because there is only christian text books an christian music in the multi-purpose room. Makin it to where me an my previous celly (Rueben Hernedez) who also prays to the Santa. Are to worship in the privacy of our cell. Kristiana knew this yet still made it a goal to prevent my connection to my higher power.

Attachment to V.

This hurt in major ways. Emotionally, Physically (shu is limited to hygine, clothes, corrispondence. NO food products.) I am underweight as it is.) mentally an above all spiritually! Since then I have tried to resolve this by atleast getting back into the Step-up program to completed what I started. This is a frivilous action it seems. Enclosed is my exhuastion of remedys an supporting evvideince. Incident #2023-002353 (#1,#2,#3) Also request #15,674,462 (#4). Grievence - 827H (#5) And grievences - 8344... I am waiting on additional evidence. Will send at later date under Admin complaints. No contrabend was located in my cell to be of probable cause to conduct this search. This was a intentional "move"!

Thank you kindly for your time an concern.

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): **N/A**
   2. Case number: **N/A**
   3. Approximate date warning was issued: **N/A**

Executed on: **7-30-2023**
                DATE

_____
*Joseph Richards*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **30th** day of **July**, 20 **23**.
        (Day)              (month)            (year)

_____
*Joseph Richards*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# General Complaint/Request Form - #16,112,811

| | | | |
|---|---|---|---|
| **From:** | JOSEPH RICHARDS (190578) | **Date Submitted:** | 07/14/2023 6:19 PM |
| **Housing Area:** | 3B 105 | **Date Received:** | 07/17/2023 4:43 PM |
| **Assigned To:** | Grievance and Request Forms | **Status:** | **CLOSED** |

### Request

I would appreciate a copy of request #14,924,645 # 15,578,989 #15,674,462 #15,456,760 an grievance numbers #15,274,687 also #15,232,622 thanks!

### Response by **Officer. M. Williams** on **07/27/2023** at **12:22 PM**

15674462 15274687 15232622 are being sent, I was unable to print the others.

Printed on 07/27/2023 at 12:22 PM                                              Page 1 of 1

# General Complaint/Request Form - #15,674,462

| | | | |
|---|---|---|---|
| From: | JOSEPH RICHARDS (190578) | Date Submitted: | 06/07/2023 6:21 PM |
| Housing Area: | 3B 105 | Date Received: | 06/29/2023 8:30 AM |
| Assigned To: | lopez s. (Lt.) | Status: | **CLOSED** |

## Request

Cpt. Lopez, please come an speak to me asap. I know you are incredibly busy or you just ain't trying to talk either or please find time for me. If not I am number 6 on the list to go to the restoration program. I am not incompetent but have been found so. Maybe the phycologists is... Lol anyway. Consider getting me into it on time.... If not I'm still trying to complete step up. I'll do another BMP. I swear I ain't mean to mess up the first one. Thanks for your time.....

## Response by **Lt. S. lopez** on **06/29/2023** at **8:31 AM**

I will speak with you to see what options are available.

Evidence #1

**Inmate Incident # 2023-002353**
Booking Number: 2020005906

## Inmate Information

| | |
|---|---|
| Name: | RICHARDS, JOSEPH RAY |
| Date of Birth: | 07/10/1996 |
| Gender: | Male |
| Race: | White |
| SO Number: | |
| Social Security: | |
| Driver's License: | |

## Incident Information

| | | | |
|---|---|---|---|
| Date: | 03/27/2023 | Time: | 10:40 AM |
| Badge #: | 520035 | | |
| Officer Name: | Robinson, Whitney | | |
| Violation Type: | Rules Violation | Location: | Cluster 5 Pod 5-A |
| Incident Type: | RV - Uncooperative Inmate - No Use of Force | | |
| Comment: | Inmate removed from Programs and was rehoused in the SHU pending disciplinary. | | |

| Party | Connection | Violations |
|---|---|---|
| RICHARDS, JOSEPH RAY | Inmate | A25 - Disrespect to Staff |
| | | A42 - Refusal to Follow Written or Oral Directives |

## Incident Report # 23002390-ORI

| | | | |
|---|---|---|---|
| Date: | 03/27/2023 | Time: | 12:14 PM |
| Badge #: | 520035 | Officer Name: | Robinson, Whitney |
| Report Type: | Incident Report Original | | |
| Status: | Approved - Report is official. | | |
| Status Badge #: | 322384 | Status Officer Name: | Lucas, Edna |

Narrative:

A25 Disrespect to staff

A42 Refusing to follow written or oral directives

On 03/27/2023, I was assigned to 5A. At approximately 1040, Kristina Luera was going cell by cell to check compliance in 5A. She went into cell 206 where Inmate Joseph Richards was housed. Inmate Richards noticed that Mrs. Luera took some things out of his cell, so he ran up the stairs to confront her. Officer Jennifer LaMarr and I noticed Inmate Richards starting to get argumentative with Mrs. Luera. I yelled towards their direction and gave Inmate Richards an oral directive to come down the stairs. He refused to comply and Officer LaMarr and I started walking towards the stairs. He was given another oral directive to come down the stairs. He came half way down the stairs then turned around and started to argue with Mrs. Luera again. He then came down the stairs and Mrs. Luera went the opposite direction once she came down from the stairs. I went to Inmate Richards and advised him that he needed to go to his cell. He refused to go to his cell at that time. I gave him one last chance and explained to him that he was being uncooperative and he needed to follow the oral directive given to him. Inmate Richards

#2

tried to step around me and began talking to Mrs. Luera again. At that time, I told the inmates in the pod to go back to their cells. I called over my county issued radio, Uncooperative inmate in 5A . Officer LaMarr went to put hand restraints on Inmate Richards as I walked to the Officer station to open the cell doors. While I was at the officer s station Mrs. Luera told me that Inmate Richards took something from her hand. I noticed Inmate Richards refusing to submit to hand restraints after the several times Officer LaMarr ordered him to turn around to submit to the restraints.

Responding Officers Logan Bray and Zabdy Smith arrived. They started to assist Officer LaMarr in putting hand restraints on Inmate Richards to which he complied. Inmate Richards was escorted by Officer Smith and Officer Bray. Lt. Edna Lucan also responded and was briefed on the incident.

Inmate Richards will be referred to disciplinary for the above listed violations.

I have nothing further to report.

Incident Report # 23000812-SUP

| | | | |
|---|---|---|---|
| Date: | 03/27/2023 | Time: | 1:59 PM |
| Badge #: | 518994 | Officer Name: | Luera, Kristina |
| Report Type: | Supplement Report | | |
| Status: | Approved - Report is official. | | |
| Status Badge #: | 322384 | Status Officer Name: | Lucas, Edna |

Narrative: On 3/27/2023, I was in Pod 5A. At approximately 1030, I was conducting cell compliance inspections. In cell 5-A-206 I found food that was uneaten in a bowl, multiple snack items, a cooked batch of noodles, and images of Santa Muerte, and 2 paper roses. I collected the items and continued to check cell areas 5-A-205, 5-A-204, 5-A-203, 5-A-202, 5-A-201 just by looking into the window. As I walked toward the stairway to head down to the bottom floor, Inmate Joseph Richards ran up the stairs towards me. Inmate Richards attempted to grab the items from my hands and was successful in grabbing one snack item. I directed Inmate Richards him to go back down stairs. Inmate Richards has been instructed on previous occasions not to place food on his table or images taped to the cell walls. Inmate Richards stated, This isn t happening! Officer Whitney Robinson directed Inmate Richards to return downstairs. Inmate Richards failed to comply and continued to argue with me. Inmate stated he was , Not going to let you take my stuff! It s my right to worship how I want! Officer Robinson advised Inmate Richardson that he was not going to walk up to me and be disrespectful. Officer Jennifer La Marr was also in the pod and instructed the inmate to return to the bottom floor. He was then informed by both officers to go to his cell or he would be considered uncooperative and he refused. Officer La Marr handcuffed him and Officer Robinson called rack up and central for uncooperative inmate. Inmate Richards then began to argue that we were violating his rights. He was escorted to Processing and was house in the SHU since he was removed from the 5A Program.

I have nothing further to report.

#3

Incident Report # 23000815-SUP

| | | | | |
|---|---|---|---|---|
| Date: | 03/27/2023 | Time: | 10:30 AM | |
| Badge #: | 250615 | Officer Name: | LaMarr, Jennifer Laurie | |

Report Type: Supplement Report

Status: Approved - Report is official.
Status Badge #: 322384          Status Officer Name:    Lucas, Edna

Narrative: On 03/27/2023, I was assigned as Zone 2 Support Officer. At approximately 1030, I was in Pod 5-A to relieve Officer Whitney Robinson. I observed Inmate Joseph Richards walk up to and start yelling at Programs Coordinator Kristina Luera at the top of the stairs. Officer Robinson yelled towards their direction and gave Inmate Richards an oral directive to come down the stairs. Inmate Richards failed to comply. Officer Robinson and I started walking towards the stairs. Inmate Richards was given another oral directive to come down the stairs. He came halfway down the stairs then turned around and started to argue with Mrs. Luera again. Inmate Richards came down the stairs and began to argue with us. Officer Robinson directed Inmate Richards to return to his cell. Inmate Richards refused to go to his cell. Officer Robinson directed Inmate Richards to return to his cell. Inmate Richards continued to argue and refused to return to his cell. Inmate Richards refused to comply with directives. Officer Robinson used her county issued radio and announced, "I have an uncooperative inmate in 5A." Inmate Richards tried to step around me and began talking to Mrs. Luera again. I directed Inmate Richards to step away from Mrs. Luera. Inmate Richards refused to submit to hand restraints after I directed him several times to turn around to submit to the restraints. I continued to guide Inmate Richards away from Mrs. Luera and toward the officer's station.

Responding Officers Logan Bray and Zabdy Smith arrived. They started to assist me in putting hand restraints on Inmate Richards to which he complied. I applied hand restraints on Inmate Richards, double locking and checking for fit. Inmate Richards was escorted by Officer Smith and Officer Bray. Lt. Edna Lucas also responded and was briefed on the incident.

I have nothing further to report.

Name: Joseph Richards
S.O.#: 150515
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

RETURN SERVICE REQUESTED

LEGAL MAIL ONLY

INDIGENT

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401 $ 002.31⁰
02 4W
0000386595 AUG 01 2023

United States district court
1705 Texas Ave room 209
Lubbock TX
79401

RECEIVED
AUG -7 2023
CLERK U.S. DISTRICT COURT
NORTHERN DIST--- TEXAS





