IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOSEPH RICHARDS,<br>Institutional ID No. 190578<br><br>    Plaintiff,<br><br>v.<br><br>KELLY S. ROWE, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:23-CV-171-BV |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed with prejudice. This dismissal shall count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020).

**SO ORDERED.**

Dated: January 14, 2025.

*/s/ Amy Burch*
**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**